UNITED STATES OF AMERICA
EASTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA,

        Plaintiff,

v.                                       Case No. 13-CR-135

ASHLEY CONANT, et al.

        Defendants.

## ORDER EXTENDING DEFENDANT
## ASHLEY CONANT'S REPORTING DATE

Upon all files, records and proceedings had, and for the reasons stated in the defendant's Motion for Extension of Reporting Date,

IT IS HEREBY ORDERED that the defendant Ashley Conant's reporting date is extended to a date and time on or after February 3, 2015, and the specific date is to be provided by the Bureau of Prisons.

Dated this 21st day of January, 2015.

                                                  BY THE COURT:

                                                  s/ William C. Griesbach
                                                  Honorable William C. Griesbach
                                                  Chief U.S. District Judge